

July 13, 2024

**Via Secure Release Portal:**
Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. Ave. S.E.
Washington, DC 20528

**Freedom of Information Act Request: re: Force Protection of Donald J. Trump**

Dear FOIA Officer:

America First Legal Foundation is a national, nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, and ensure due process and equal protection for all Americans, all to promote public knowledge and understanding of the law and individual rights guaranteed under the Constitution and laws of the United States. To that end, we file Freedom of Information Act requests on issues of pressing public concern, then disseminate the information we obtain, making documents broadly available to the public, scholars, and the media. Using our editorial skills to turn raw materials into distinct work, we distribute that work to a national audience through traditional and social media platforms. AFL's X page has over 247,000 followers and the X page of our Founder and President has over 656,000 followers.

## I.     Background

Earlier today, President Trump was shot at a rally in Pennsylvania. Sean Davis reports that "the former and future president's detail has been asking for beefed up protection and resources for weeks, but has been rebuffed time and again by Biden's DHS."[1] Therefore, pursuant to 5 U.S.C. § 552, we request:

1.  Records reflecting all calendar entries for the time frame of June 14, 2024, through July 14, 2024, of the following officials:
    o   Director of the United States Secret Service
    o   Deputy Director of the United States Secret Service
    o   Secretary, Deputy Secretary, General Counsel, Chief of Staff, and any Front Office advisor at DHS

---

[1] Sean Davis (@Seanmdav), X (Jul. 13, 2024), http://tinyurl.com/yvepycy9.

## II.    Fee Waiver

AFL requests a waiver of all search and duplication fees associated with this request under 5 U.S.C. § 552(a)(4)(A)(iii) and 6 C.F.R. §5.11. First, AFL is a qualified non-commercial public education and news media requester. Our officials routinely appear on national television and use social media platforms to disseminate the information it has obtained about federal government activities. In this case, AFL will make your records and your responses publicly available for the benefit of citizens, scholars, and others, and the public's understanding of your policies and practices will be enhanced through AFL's analysis and publication of the requested records. As a nonprofit organization, AFL does not have a commercial purpose, and releasing the requested information is not in AFL's financial interest. We note that DHS has granted us fee waivers in the past.

## III.    Expedited Processing

DHS regulations require the grant of expedited processing for a FOIA request "whenever the component determines that they involve: (i) Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (ii) An urgency to inform the public about an actual or alleged federal government activity, if made by a person who is primarily engaged in disseminating information; … (iv) A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence. 6 C.F.R. § 5.5(e).

This is a critical moment for our nation and the world. This request patently qualifies for expedited processing under §5.5(e)(ii) and §5.5(e)(iv). An attempt has been made to assassinate a former President of the United States, a presumptive nominee of a major political party (who will accept the nomination in less than a week), and a frontrunner in the upcoming presidential election. Now, more than ever, accurate information about the decisions made by DHS leadership is critical to informing the public as to whether the Biden Administration is providing adequate resources to allow the United States Secret Service to appropriately protect a leading candidate for President of the United States. As discussed above, America First Legal is a qualifying news media distributor, which has been recognized by DHS in the past. This manifest attack on our political process is of paramount and urgent interest to the media and all Americans.

## IV.    Conclusion

If you have any questions about how to construe this request for records or believe further discussions regarding search and processing would facilitate a more efficient production of records of interest to AFL, please do not hesitate to contact me at

FOIA@aflegal.org. Finally, if AFL's request for a fee waiver is not granted in full, please contact us immediately upon making that determination.


Sincerely,

/s/ Andrew J. Block
America First Legal Foundation