

July 17, 2024

**Via Email: FOIA@usss.dhs.gov**
Freedom of Information Act and Privacy Act Branch
245 Murray Lane, SW Building T-5
Washington, DC 20223

**Freedom of Information Act Request: United States Secret Service ("USSS") Hiring and Employment Standards**

Dear FOIA Officer:

America First Legal Foundation ("AFL") is a national, nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, and ensure due process and equal protection for all Americans, all to promote public knowledge and understanding of the law and individual rights guaranteed under the Constitution and laws of the United States. To that end, we file Freedom of Information Act requests on issues of pressing public concern, then disseminate the information we obtain, making documents broadly available to the public, scholars, and the media. Using our editorial skills to turn raw materials into distinct work, we distribute that work to a national audience through traditional and social media platforms. AFL's X page has over 248,000 followers and the X page of our Founder and President has over 664,000 followers.

I.   **Records Request**

On July 13, 2024, there was an attempted assassination of President Trump, where a rally-goer was killed. These events will be remembered throughout history. The security failure indicates a failure of leadership and a profound misallocation of law enforcement personnel and resources. Further, it raises questions and concerns regarding the current priorities of the USSS in how they recruit, hire, physically train, and agents to carry out their missions.[1] Therefore, pursuant to 5 U.S.C. § 552, we request:

---

[1] U.S. GOV'T ACCOUNTABILITY OFF., *U.S. Secret Service: Further Progress Made Implementing the Protective Mission Panel Recommendations* (Jan. 2022) (available at https://tinyurl.com/4z3n8cp4).

611 Pennsylvania Ave SE #231         320 South Madison Avenue
Washington, DC 20003                         Monroe, Georgia 30655

www.aflegal.org

A. Records of any change in the hiring standards in the USSS from:

   1. From March 2, 2024, to the date this request is processed; and

   2. From January 21, 2021, to March 1, 2024.

B. USSS hiring practices and requirements related to skills, abilities to support investigations, and/or protection, including any differences across USSS related to agents' assignments.

C. Physical testing standards of USSS agents, including the frequency of such testing.

D. USSS field office testing requirements related to the physical standards of agents.

E. USSS physical testing standards for men and women that must be met before, during, and after USSS training.[2] This request includes all different standards during the relevant period.

F. USSS procedure for when agents do not meet the USSS physical testing standards, including the number of such physical testing failures, broken down by the agents' sex and which test they failed.

G. Number and area of assignment for agents who failed physical testing requirements.

H. Differences in physical training standards for male and female agents, including whether such differences affect the agent's responsibilities and assignments within USSS.

I. Case management records of USSS agents from the Investigative Division, who are also expected to provide support to the USSS Protection Operations Division.

J. All electronic communications regarding Requests A through I sent to or from custodians listed in Part II.

K. All records from Requests B through J as of July 13, 2024.

The time period for the above requests, unless otherwise indicated, is from January 21, 2021, through the date this request is processed.

---

[2] U.S. Secret Service, Fitness Standards (available at https://tinyurl.com/2mu7kn6k).

## II. Custodians

A. Kimberly Cheatle, Director

B. Ronald L. Rowe, Jr., Deputy Director

C. Cynthia Sjoberg Radway, Chief Operating Officer

D. Michael Plati, Assistant Director, Office of Protective Operations

E. Brian S. Lambert, Assistant Director, Office of Investigations

F. Vincent Tutoni, Assistant Director, Office of Intergovernmental & Legislative Affairs

G. David M. Smith, Assistant Director, Office of Professional Responsibility

H. David Torres, Assistant Director, Office of Strategic Intelligence and Information

I. Miltom D. Wilson, Assistant Director, Office of Training

J. Delisa Walker Hall Chief Human Capital Officer, Office of Human Resources

## III. Fee Waiver

AFL requests a waiver of all search and duplication fees associated with this request under 5 U.S.C. § 552(a)(4)(A)(iii) and 6 C.F.R. §5.11. First, AFL is a qualified non-commercial public education and news media requester. Our officials routinely appear on national television and use social media platforms to disseminate the information it has obtained about federal government activities. In this case, AFL will make your records and your responses publicly available for the benefit of citizens, scholars, and others, and the public's understanding of your policies and practices will be enhanced through AFL's analysis and publication of the requested records. As a nonprofit organization, AFL does not have a commercial purpose, and releasing the requested information is not in AFL's financial interest. We note that DHS has granted us fee waivers in the past.

## IV. Expedited Processing

DHS regulations require the grant of expedited processing for a FOIA request "whenever the component determines that they involve: (i) Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent

threat to the life or physical safety of an individual; (ii) An urgency to inform the public about an actual or alleged federal government activity, if made by a person who is primarily engaged in disseminating information; … (iv) A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." 6 C.F.R. § 5.5(e).

This is a critical moment for our nation and the world. This request patently qualifies for expedited processing under §§ 5.5(e)(i), (ii), and (iv). An attempt has been made to assassinate a former President of the United States, a presumptive nominee of a major political party (who will accept the nomination in less than a week), and a frontrunner in the upcoming presidential election. Now, more than ever, the public deserves to know the role of DHS in this historic security failure; the Secret Service's failures may persist, presenting an imminent risk to the life and physical safety of President Trump and any innocent American who chooses to exercise their First Amendment right to assemble and listen to a former president speak. As discussed above, America First Legal is a qualifying news media distributor, which has been recognized by DHS in the past. This manifest attack on our political process is of paramount and urgent interest to the media and all Americans.

V.   **Conclusion**

Disposal of an unscheduled or permanent record; disposal prior to the end of the NARA-approved retention period of a temporary record; and disposal of a record subject to a FOIA request, litigation hold, or any other hold requirement to retain the records constitutes an unlawful destruction of records under 36 C.F.R. § 1230.3. If you have any questions about how to construe this request for records or believe further discussions regarding search and processing would facilitate a more efficient production of records of interest to AFL, please do not hesitate to contact me at FOIA@aflegal.org. Finally, if AFL's request for a fee waiver is not granted in full, please contact us immediately upon making that determination.

> Sincerely,
>
> /s/ Rachel L. Jag
> America First Legal Foundation