

**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5
Mail Stop 8205
Washington, D.C. 20223

Date:   August 9, 2024

American First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, DC 20003
Attn:  Rachel Jag
Email:

File Number:   20241077

Dear Requester:

This letter acknowledges the receipt of your recent Freedom of Information Act (FOIA) request, received by the United States Secret Service (Secret Service) on July 18, 2024, for the following information, from January 21, 2021, through the date this request is processed:

1. Records of any change in the hiring standards in the USSS from: March 2, 2024, to the date this request is processed; and January 21, 2021, to March 1, 2024;

2. USSS hiring practices and requirements related to skills, abilities to support investigations, and/or protection, including any differences across USSS related to agents' assignments;

3. Physical testing standards of USSS agents, including the frequency of such testing;

4. USSS field office testing requirements related to the physical standards of agents;

5. USSS physical testing standards for men and women that must be met before, during, and after USSS training.2 This request includes all different standards during the relevant period;

6. USSS procedure for when agents do not meet the USSS physical testing standards, including the number of such physical testing failures, broken down by the agents' sex and which test they failed;

7. Number and area of assignment for agents who failed physical testing requirements;

8. Differences in physical training standards for male and female agents, including whether such differences affect the agent's responsibilities and assignments within USSS;

9. Case management records of USSS agents from the Investigative Division, who are also expected to provide support to the USSS Protection Operations Division;

10. All electronic communications regarding items 1 through 9 sent to or from custodians listed in Part II; and

11. All records from items 2 through 10 as of July 13, 2024.

Custodians:

- Kimberly Cheatle, Director
- Ronald L. Rowe, Jr., Deputy Director
- Cynthia Sjoberg Radway, Chief Operating Officer
- Michael Plati, Assistant Director, Office of Protective Operations
- Brian S. Lambert, Assistant Director, Office of Investigations
- Vincent Tutoni, Assistant Director, Office of Intergovernmental & Legislative Affairs
- David M. Smith, Assistant Director, Office of Professional Responsibility
- David Torres, Assistant Director, Office of Strategic Intelligence and Information
- Miltom D. Wilson, Assistant Director, Office of Training
- Delisa Walker Hall Chief Human Capital Officer, Office of Human Resources.

Please be advised, your request for a fee waiver will be held in abeyance pending the quantification of responsive records. The FOIA regulations, Title 6 C.F.R., Chapter I, Part 5 § 5.11(k)(2)(3), set forth six factors to examine when determining whether the applicable legal standard for a fee waiver has been met. We will consider these factors:

1) Whether the subject of the requested records concerns "the operations or activities of the government;"
2) Whether the disclosure is "likely to contribute" to an understanding of government operations or activities;
3) Whether disclosure of the requested information will contribute to the understanding of the public at large, as opposed to the individual understanding of the requestor or a narrow segment of interested persons;
4) Whether the contribution of public understanding of government operations or activities will be "significant;"
5) Whether the requester has a commercial interest that would be furthered by the requested disclosure; and

6) Whether the magnitude of any identified commercial interest to the requestor is sufficiently large in comparison with the public interest in disclosure, that disclosure is primarily in the commercial interest of the requestor.

If your fee waiver is denied, we shall charge you for the records in accordance with FOIA regulations as they apply to "media" requesters. The first 100 pages of duplication are free of charge. As a "media" requester, you will be charged .10 cents a page for the duplication of each additional page.

Furthermore, the submission of your request is viewed as an agreement, by you, to pay duplication costs up to $25.00. A search for files responsive to your request is being conducted. The appropriate components of the Secret Service are being queried for responsive documents. If any responsive records are located, they will be reviewed for a disclosure determination. You will be contacted before any additional fees are accrued.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. As your request seeks documents that will require a thorough and wide-ranging search, the Secret Service will invoke a 10-day extension for your request pursuant to 6 C.F.R., Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner. Additionally, per Section 5.5(a) of the FOIA regulations, 6 C.F.R, Chapter I, Part 5, Secret Service processes FOIA requests according to their order of receipt.

If you need any further assistance, or would like to discuss any aspect of your request, please contact our FOIA Public Liaison Kevin Tyrrell, at (202) 220-1819. Alternatively, you may send an e-mail to FOIA@usss.dhs.gov. FOIA File No. 20241077 is assigned to your request. Please refer to this file number in all future communication with this office.

Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Mail Stop 8205
Washington, DC  20223
Phone: (202) 220-1819
Fax: (202) 220-1755
Email: FOIA@USSS.DHS.GOV