

**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5, Mail Stop 8205
Washington, D.C. 20223

Date:   July 19, 2024

Will Scolinos
611 Pennsylvania Ave SE #231
Washington, DC 20003
Email: foia@aflegal.org

File Number:   20241105

Dear Requester:

This letter acknowledges the receipt of your recent Freedom of Information Act (FOIA) request, received by the United States Secret Service (Secret Service) on July 19, 2024, for:

1. Reports relating to USSS's progress in meeting its staffing targets ("increasing the Secret Service's workforce by 300 personnel per year in fiscal years 2023 through 2025" and "an increase of 119 personnel in Fiscal Years 2021 and 209 personnel in fiscal year 2022") established under in its Fiscal Years 2021-2025 Human Capital Strategic Plan ("the Plan"),
2. The number of USSS personnel and staffing targets in the Plan for the Uniformed Division for each month since January 2021 through the date of processing.
    1. Include records sufficient to show the number of personnel and targets for each of the following: Airspace Security Branch, Canine Explosive Detection Unit, Counter Assault Team, Counter Sniper Team, Counter Unmanned Aerial Systems, Emergency Response Team, Hazardous Agent Mitigation Medical Emergency Response Team, Specialized Rifle Unit, and Technical Operations Branch,
3. The number of USSS personnel and staffing targets in the Plan for the Presidential Protective Division (or Detail) for each month since January 2021 through the date of processing,
4. The number of USSS personnel and staffing targets in the Plan for the Former President's Detail Protective Division ("PPD") for each month from January 2021 through the date of processing,
5. The number of USSS personnel and staffing targets in the Plan at each USSS field office as of July 13, 2024,
6. The identity of USSS staffing targets as defined by any other means than workforce targets covered in Request 5 above on July 13, 2024,

7. All communications about and with retired agents returning to USSS as Special Agents to increase USSS staffing,
8. The number of USSS employees who retired before June 15, 2024, who remain on the USSS payroll,
9. Records relating to a heightened threat environment and/or lack of resources for advance teams. This includes all records indicating advance teams required additional time, training, or personnel,
10. All electronic communications, with the term "understaffed" or "staffing target" sent to or from custodians listed in Part II.

The time period for items in this request without a specific date range is May 1, 2024, through the date this request is processed.

## Part II. Custodians

A. Kimberly Cheatle, Director
B. Ronald L. Rowe, Jr., Deputy Director
C. Cynthia Sjoberg Radway, Chief Operating Officer
D. Michael Plati, Assistant Director, Office of Protective Operations
E. Brian S. Lambert, Assistant Director, Office of Investigations
F. Vincent Tutoni, Assistant Director, Office of Intergovernmental & Legislative Affairs
G. David M. Smith, Assistant Director, Office of Professional Responsibility
H. David Torres, Assistant Director, Office of Strategic Intelligence and Information
I. Miltom D. Wilson, Assistant Director, Office of Training
J. Michael A. Buck, Chief, Uniformed Division
K. Thomas F. Huse, Chief Counsel
L. Ted Maliga, Chief Technology Officer
M. Stephen Roncone, Chief Financial Officer
N. Joseph Eddy, Chief Strategy Officer
O. Kevin J. Nally, Chief Information Officer
P. Kyo M. Dolan, Chief of Staff
Q. Delisa Walker Hall Chief Human Capital Officer, Office of Human Resources
R. Stephen Roncone, Chief Financial Officer.

You have requested expedited processing of your request under the Department of Homeland Security (DHS) standard permitting expedition when a requester demonstrates a "compelling need." Your request for expedited treatment has been denied.

Under the DHS/FOIA regulation, 6 C.F.R., Chapter I, Part 5 § 5.5, expedited processing of a FOIA request is warranted if the request involves "circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual" ((d)(1)(i)), or "an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information" ((d)(1)(ii)). Requesters that seek expedited processing must submit a statement explaining, in detail, the basis for the request. Additionally, FOIA regulation, 6 C.F.R., Chapter I, Part 5 § 5.5(d)(3), requires that statements be certified, by the requester, to be "true and correct to the best of that person's knowledge and belief."

Please be advised, your request has been denied because you do not qualify under either category. You have not demonstrated that there is a threat to the life or physical safety of an individual nor have you demonstrated there is a particular urgency to inform the public about the government activity involved in the request, beyond the public's right to know about government activity, generally. Your letter was conclusory, in nature, and did not present any facts to justify a grant of expedited processing under the applicable standards.

If you deem the decision to deny expedited treatment to your request an adverse determination, you may exercise your appeal rights. Should you wish to file an administrative appeal, your appeal should be made in writing and received within sixty (60) days of the date of this letter, by writing to: Freedom of Information Appeal, Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W., Building T-5, Washington, D.C. 20223. If you choose to file an administrative appeal, please explain the basis of your appeal and reference the case number listed above.

Additionally, you have the right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Please note that contacting the Secret Service's FOIA Program and/or OGIS **is not** an alternative to filing an administrative appeal and **does not** stop the 90-day appeal clock. You may contact OGIS at: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001. You may also reach OGIS via e-mail at ogis@nara.gov, telephone at 202-741-5770/toll free at (877) 684-6448, or facsimile at (202) 741-5769.

Your request for a fee waiver will be held in abeyance pending the quantification of responsive records. The FOIA regulations, Title 6 C.F.R., Chapter I, Part 5 § 5.11(k)(2)(3), set forth six factors to examine when determining whether the applicable legal standard for a fee waiver has been met. We will consider these factors:
1) Whether the subject of the requested records concerns "the operations or activities of the government;"
2) Whether the disclosure is "likely to contribute" to an understanding of government operations or activities;
3) Whether disclosure of the requested information will contribute to the understanding of the public at large, as opposed to the individual understanding of the requestor or a narrow segment of interested persons;
4) Whether the contribution of public understanding of government operations or activities will be "significant;"
5) Whether the requester has a commercial interest that would be furthered by the requested disclosure; and
6) Whether the magnitude of any identified commercial interest to the requestor is sufficiently large in comparison with the public interest in disclosure, that disclosure is primarily in the commercial interest of the requestor.

In the event that your fee waiver is denied, we shall charge you for the records in accordance with FOIA regulations as they apply to non-commercial ("all other") requesters. The first 100 pages of duplication are free of charge. As an "all other" requester, you will be charged .10 cents a page for

the duplication of each additional page. As an "all other" requester, the first 2 hours of search time are free of charge, after which you will be charged the per quarter-hour rate ($4.00, $7.00, $10.25) of the searcher.

Furthermore, the submission of your request is viewed as an agreement, by you, to pay duplication and search time costs up to $25.00. A search for files responsive to your request is being conducted. The appropriate components of the Secret Service are being queried for responsive documents. If any responsive records are located, they will be reviewed for a disclosure determination. You will be contacted before any additional fees are accrued.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. As your request seeks documents that will require a thorough and wide-ranging search, the Secret Service will invoke a 10-day extension for your request pursuant to 6 C.F.R., Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner. Additionally, per Section 5.5(a) of the FOIA regulations, 6 C.F.R, Chapter I, Part 5, Secret Service processes FOIA requests according to their order of receipt.

If you need any further assistance, or would like to discuss any aspect of your request, please contact our FOIA Public Liaison Kevin Tyrrell, at (202) 220-1819. Alternatively, you may send an e-mail to FOIA@usss.dhs.gov. FOIA File No. 20241105 is assigned to your request. Please refer to this file number in all future communication with this office. We solicit your cooperation and assure you that the search will be conducted as expeditiously as possible.

Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5, Mail Stop 8205
Washington, DC  20223
Phone: (202) 220-1819
Fax: (202) 220-1755
Email: FOIA@USSS.DHS.GOV