CO-386
10/2018

# United States District Court
# For the District of Columbia

AMERICA FIRST LEGAL )
FOUNDATION )
)
)
)
             Plaintiff )     Civil Action No. 24-2680
      vs )
)
U.S. SECRET SERVICE, )
U.S. DEPARTMENT OF HOMELAND )
SECURITY, )
)
            Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __AMERICA FIRST LEGAL FOUNDATION__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AMERICA FIRST LEGAL FOUNDATION__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ William Scolinos
Signature

90023488
BAR IDENTIFICATION NO.

William Scolinos
Print Name

611 Pennsylvania Ave SE #231
Address

Washington, DC          20003
City          State          Zip Code

(301) 965-0179
Phone Number