UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. SECRET SERVICE, et al.,<br><br>*Defendants*. | Civil Action No. 24-2680 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 19, 2024, Plaintiff American First Legal Foundation and Defendants United States Department of Homeland Security ("DHS") and the United States Secret Service ("USSS" or "Secret Service"), by and through undersigned counsel, report to the Court as follows.

1. This action was filed on September 19, 2024, concerning certain requests submitted to DHS and the Secret Service under the Freedom of Information Act ("FOIA").

2. Subject to, and without waiving, the defenses asserted in their Answer, Defendants report on the status of the requests as follows.

**DHS:** DHS reports as follows.

    a. As stated in the last status report, it is DHS's position that 2024-HQFO-1978 as it pertains to DHS is not at issue in this action. *See also* Compl. ¶¶ 7-15, 33.

    b. With respect to 2024-HQFO-1980, DHS made its first interim production to Plaintiff on December 17, 2024, and its second interim production on February 4, 2025. DHS will provide subsequent responses on a monthly basis until processing is complete.

**USSS:**  The Secret Service reports as follows.

   a. The Secret Service received directly two requests, each of which included numerous subparts (*see* ECF No. 1-6 (eleven subparts) and ECF No. 1-8 (ten subparts)).  Those requests were assigned USSS FOIA File Numbers 20241077 and 20241105.  In addition, items (a) and (b) of request 2024-HQFO-01980 were transferred by DHS to the Secret Service for processing and direct response to the requester.  USSS has assigned File Number 20241241 to those items.

   b. With respect to 20241241, the Secret Service made a production on January 7, 2025 that completed its processing with respect to those referred items.

   c. With respect to 20241077, the Secret Service made its first interim release on January 30, 2025.  With respect to both 20241105 and 20241077, the Secret Service is continuing to conduct searches and otherwise process those requests.

3.  Based on the above, the parties propose that they file a further joint status report by April 9, 2025.

   Respectfully submitted,

   By: */s/ William F. Scolinos*
   William Frank Scolinos
   Michael Ding
   AMERICA FIRST LEGAL FOUNDATION
   611 Pennsylvania Avenue, SE
   #231
   Washington, DC 20003
   202-964-3721
   Email: william.scolinos@aflegal.org
   Email: michael.ding@aflegal.org

   *Counsel for Plaintiff*

AND

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: ___/s/ Jeremy S. Simon_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Attorneys for United States of America*